IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright-Blackmon, Kimberly D

Printed: 11/11/08

Case Number: 08 B 18257
Judge: Hollis, Pamela S
Filed: 7/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Aaron Rents | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 17,411.00 | 0.00 |
| 3. | Aaron Rents | Secured | 1,563.80 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 561.69 | 0.00 |
| 5. | Chase Automotive Finance | Unsecured | 240.53 | 0.00 |
| 6. | Aaron Rents | Unsecured | 1,097.44 | 0.00 |
| 7. | Aaron Rents | Unsecured | 1,052.84 | 0.00 |
| 8. | Payday Loan | Unsecured |  | No Claim Filed |
| 9. | Receivables Performance | Unsecured |  | No Claim Filed |
| 10. | Duvera Paseo Del Norte | Unsecured |  | No Claim Filed |
| 11. | Wow Internet | Unsecured |  | No Claim Filed |
| 12. | Credit Collections Services | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,927.30 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wright-Blackmon, Kimberly D | Case Number:  08 B 18257 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  7/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

